# 126THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:     *

**CHARDON TIRADO, MERCEDES**     *     CASE NO. 10-05550 (SEK)

**DEBTOR(S)**     *     CHAPTER 7

*******************************************

## TRUSTEE'S MOTION REQUESTING EXTENSION
## OF TIME TO OBJECT TO DEBTOR'S DISCHARGE

TO THE HONORABLE COURT:

    COMES NOW, Wigberto Lugo Mender, duly appointed trustee of the above captioned case, who respectfully prays this Honorable Court as follows:

1. The Meeting of Creditors, pursuant to 11 U.S.C. Section 341, has been conducted in this case.

2. By agreement with the attorney for debtor, the meeting of creditors, pursuant to 11 U.S.C. Section 341, has been re-scheduled for October 19, 2010.

3. The undersigned trustee deems necessary an extension of time of 45 days from the deadline to file a Complaint Objecting to the Discharge of Debtor or to determine Dischargeability of Certain Type of Debts inasmuch the meeting of creditors will be rescheduled after the last day for objection to the discharge.

    WHEREFORE, the undersigned Trustee respectfully requests this Honorable Court to delay the entry of order of discharge for 45 days from the deadline to file a Complaint Objecting to the Discharge of the Debtor or to Determine Dischargeability of Certain Type of Debts.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY**: That on this same date a copy of this document has been mailed to the U.S. Trustee Office, to debtor and debtor's attorney, all at their address of record.

In Guaynabo, Puerto Rico, this 27of September 2010.

*s/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
Carr 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel. 707-0404
Fax 707-0412
trustee@lugomender,com