Certificate Number: 02910-PR-DE-012869852

Bankruptcy Case Number: 10-05550



02910-PR-DE-012869852

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2010, at 9:28 o'clock PM EDT, Mercedes Chardon completed a course on personal financial management given by internet by InCharge Education Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date:  November 2, 2010          By:  /s/Maricella Daghbas

Name:  Maricella Daghbas

Title:  Customer Support Representative