# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-05550 (BKT) |
|---|---|
| MERCEDES CHARDON TIRADO | CHAPTER 7 |
| DEBTOR(S) | |

## NOTICE OF WITHDRAWAL AS LEGAL COUNSEL FOR DEBTOR AND NOTICE OF APPEARANCE OF NEW COUNSEL FOR DEBTOR

**TO THE HONORABLE COURT:**

COME NOW the undersigned attorneys, Hector Juan Figueroa Vincenty and Jose L. Jimenez Quiñones, and very respectfully state and inform as follows:

1. That the undersigned attorney Hector Juan Figueroa Vincenty was retained by debtor Mercedes Chardon Tirado (hereinafter "Debtor") to be her attorney of record in the case above captioned.

2. That the undersigned attorney Hector Juan Figueroa Vincenty was retained by debtor Mercedes Chardon Tirado (hereinafter "Debtor") to be her attorney of record in the case above captioned.

3. That attorney Hector Juan Figueroa Vincenty notifies this Honorable Court, Debtor, the United States Trustee, the Chapter 13 Trustee, and all creditors and parties in interest his withdrawal as Debtor's attorney of record, due to professional differences with his client. The undersigned attorney of record is not interested in any further compensation for the filing of the case of captioned, therefore resigns to any post-filing compensation.

4. That attorney Jose L. Jimenez Quinones hereby notifies the Honorable Court, Debtor, the United State Trustee, the Chapter 13 Trustee, and all creditors and parties in interest that he is

appearing as the new attorney of record for Debtor, subject to this Honorable Court's approval. Please be advised that all writings, pleadings, documents and communication in the above captioned case be addressed to:

**JIMENEZ QUINONES LAW OFFICE, P.S.C.**
268 Ave. Ponce de Leon, Suite 1118
San Juan, Puerto Rico 00918-2007
Tel. (787) 282-9009 / Fax. (1-866) 326-1946
jimenezlawoffice@gmail.com

5. A separate Statement of Disclosure of Attorney's Compensation will be filed and its effectiveness conditioned to the approval of Jose L. Jimenez Quinones as the new attorney for Debtor.

**WHEREFORE**, the undersigned attorney Hector Juan Figueroa Vincenty and Jose L. Jimenez Quinones respectfully pray this Honorable Court to take notice of the above mentioned.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to: Wigberto Lugo Mender,Esq., Chapter 7 Trustee; and to Monsita Lecaroz Arribas, Esq.,

Case No. 10-05550 (BKT)
Page 3

-----------------------------------------

Assistant U.S. Trustee, ustpregion21.hr.ecf@usdoj.gov.  I further certify that I mailed this document by

First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address

list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of January, 2011.

| **s/Héctor Juan Figueroa Vincenty** | **s/José L. Jiménez Quiñones** |
|---|---|
| Héctor Juan Figueroa Vincenty, Esq. | José L. Jiménez Quiñones, Esq. |
| USDCPR120006 | USDCPR 203808 |
| El Bufete Del Pueblo | 268 AVE. PONCE DE LEON |
| 361 San Fransisco St. | Suite 1118 |
| San Juan, P.R. 00901 | San Juan, P.R. 00918-2007 |
| Tel. 787- 378 -1154 | Tel. 787-282-9009 |
| hector@elbufetedelpueblo.com | Fax: 1-866-326-1946 |
| | jimenezlawoffice@gmail.com |

Verified by Debtor: **s/Mercedes Chardón Tirado**
                      MERCEDES CHARDON TIRADO

```
Label Matrix for local noticing           BANCO POPULAR PR (VTQ)                    RG PREMIER BANK OF PR
0104-3                                    MARTINEZ & TORRES LAW OFFICES             ISMAEL H HERRERO III ESQ
Case 10-05550-BKT7                        PO BOX 192938                             PO BOX 362159
District of Puerto Rico                   SAN JUAN, PR 00919-3409                   SAN JUAN, PR 00936-2159
Old San Juan
Tue Jan 25 19:33:19 AST 2011

SCOTIABANK PR                             US Bankruptcy Court District of P.R.      BANCO POPULAR DE PR
FERNANDEZ COLLINS CUYAR & PLA             U.S. Post Office and Courthouse Building  PO BOX 362708
PO BOX 9023905                            300 Recinto Sur Street, Room 109          SAN JUAN, PR  00936-2708
SAN JUAN, PR 00902-3905                   San Juan, PR 00901-1964


BANCO POPULAR DE PUERTO RICO              BANCO SANTANDER                           BANK OF AMERICA
MARTINEZ & TORRES LAW OFFICES, P.S.C.     AVE JESUS T PINEIRO 1421-1423             PO BOX 15019
PO BOX 192938                             SAN JUAN, PR 00920-5504                   WILMINGTON, DE  19886-5019
SAN JUAN, PR 00919-3409


CHASE                                     CITI USA                                  CLARO
CARDMEMBER SERVICE                        701 EAST 60 STREET NORTH                  METRO OFFICE PARK PISO 2
PO BOX 15548                              SIOUX FALLS, SD 57104-0432                GUAYNABO, PR  00966
WILMINGTON, DE  19886-5548


ISLAND FINANCE                            JC PENNEY                                 LEADING EDGE RECOVERY SOLUTIONS, LLC
PO BOX 71504                              PO BOX 960090                             CITIBANK
SAN JUAN, PR 00936-8604                   ORLANDO, FL  32896-0090                   5440 N CUMBERLAND AVE STE 300
                                                                                    CHICAGO, IL 60656-1486


LVNV FUNDING LLC                          RG PREMIER BANK                           SEARS CREDIT CARDS
PO BOX 47455 (135)                        PO BOX 2510                               PO BOX 183081
JACKSOMEVILLE, FL 32247-7455              GUAYNABO, PR  00970-2510                  COLUMBUS, OH  43218-3081


WORLD FINANCIAL NETWORK NATIONAL BANK     HECTOR JUAN FIGUEROA VINCENTY             MERCEDES CHARDON TIRADO
VICTORIA SECRET                           EL BUFETE DEL PUEBLO                      URB RIVER PLANTATION
PO BOX 16273                              361 SAN FRANSISCO ST                      33 CALLE TALLABOA
COLUMBUS, OH 43216-6273                   SAN JUAN, PR 00901-1783                   CANOVANAS, PR 00729-4307


MONSITA LECAROZ ARRIBAS                   WIGBERTO LUGO MENDER                      End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)            LUGO MENDER & CO                          Mailable recipients    22
OCHOA BUILDING                            CENTRO INTERNACIONAL DE MERCADEO          Bypassed recipients     0
500 TANCA STREET  SUITE 301               CARR 165 TORRE 1 SUITE 501                Total                  22
SAN JUAN, PR 00901-1938                   GUAYNABO, PR 00968
```