# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **10-05550 BKT**

**CHARDON TIRADO, MERCEDES**  Chapter **7**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................ $ **800.00**

   Prior to the filing of this statement I have received ................................................................. $

   Balance Due ........................................................................................................ $ **800.00**

2. The source of the compensation paid to me was: ☐ Debtor ☑ Other (specify): **DEBTOR'S SON, ANDRES SOLIVAN.**

3. The source of compensation to be paid to me is: ☐ Debtor ☑ Other (specify): **NOT APPLICABLE.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]
   **THE ABOVE MENTIONED FEES WERE PAID BY DEBTOR'S SON, ANDRES SOLIVAN CHARDON, PRIOR TO FILING THE NOTICE OF APPEARANCE AS THE NEW COUNSEL FOR DEBTOR.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **THIS AGREEMENT DOES NOT INCLUDE ANY PROFESSIONAL LEGAL SERVICES IN LOCAL COURTS, ADMINISTRATIVE COURTS OR ANY OTHER FORUM, OTHER THAN BEFORE THE BANKRUPTCY COURT OR THE TRUSTEE. NOTWITHSTANDING THE AFOREMENTIONED, ADVERSARY PROCEEDINGS, DISCHARGE LITIGATION, AND APPEALS ARE ALSO OUTSIDE THE SCOPE OF THIS AGREEMENT WITH CLIENT(S).**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 18, 2011**  */s/ JOSE L. JIMENEZ QUINONES*
Date  JOSE L. JIMENEZ QUINONES USDC-203808
  JIMENEZ - QUINONES LAW OFFICES
  268 PONCE DE LEON STE 1118
  SAN JUAN, PR 00918-2007
  (787) 282-9009  Fax: 1(866) 326-9416
  jimenezlawoffice@gmail.com

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only