# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-05550 BKT |
|---|---|
| MERCEDES CHARDON TIRADO | CHAPTER 7 |
| DEBTOR(S) | |

## INFORMATIVE MOTION
## (AMENDED SCHEDULE H)

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) the filing of an Amended Schedule H:

    a. Amended Schedule H: *__to include codebtors.__*

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended schedule.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all CM/ECF participants in this case, including: Chapter 7 Trustee,

and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, March 14, 2011.

s/JOSE L. JIMENEZ QUIÑONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

B6H (Official Form 6H) (12/07)

IN RE CHARDON TIRADO, MERCEDES                         Case No. **10-05550 BKT**
                    Debtor(s)                                        (If known)

# AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ANDRES E. SOLIVAN<br>URB. RIVER PLANTANTION<br>CALLE TALLABOA #33<br>CANOVANAS, PR 00729 | FIRST BANK<br>P.O. BOX 19327<br>SAN JUAN, PR 00190-1427 |
| CARLOS FELIPE GONZALEZ RODRIGUEZ<br>MARALUZ ANTONIA ALVAREZ TORRES<br>CALLE 15 G23 FAIRVIEW<br>SAN JUAN, PR 00926 | FIRST BANK<br>P.O. BOX 19327<br>SAN JUAN, PR 00190-1427 |
| DAYSDE M. ESTREMERA<br>URB. RIVER PLANTANTION<br>CALLE TALLABOA #33<br>CANOVANAS, PR 00729 | FIRST BANK<br>P.O. BOX 19327<br>SAN JUAN, PR 00190-1427 |
| GRAND NEW OFFICE INDUSTRIES, INC.<br>DBA G.N.O.I. LOGISTICS<br>PO BOX 3060<br>CAROLINA, PR 00983 | FIRST BANK<br>P.O. BOX 19327<br>SAN JUAN, PR 00190-1427 |
| GRAND NEW OFFICE INDUSTRY, INC,<br>URB. RIVER PLANTANTION<br>CALLE TALLABOA #33<br>CANOVANAS, PR 00729 | FIRST BANK<br>P.O. BOX 19327<br>SAN JUAN, PR 00190-1427 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE CHARDON TIRADO, MERCEDES                                    Case No. 10-05550 BKT
                        Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___1___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 14, 2011**        Signature: **/s/ MERCEDES CHARDON TIRADO**
                                           **MERCEDES CHARDON TIRADO**                    Debtor

Date: _____            Signature: _____
                                                                                  (Joint Debtor, if any)
                                           [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____            Signature: _____

                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| CHARDON TIRADO MERCEDES<br>URB RIVER PLANTATION<br>#33 CALLE TALLABOA<br>CANOVANAS PR 00729 | CLARO<br>METRO OFFICE PARK PISO 2<br>SAN JUAN PR 00966 | MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN PR 00919-2938 |
| JIMENEZ - QUINONES LAW OFFICES<br>268 PONCE DE LEON STE 1118<br>SAN JUAN PR 00918-2007 | CRIM<br>PO BOX 195387<br>SAN JUAN PR 00918-5387 | RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO PR 00970-2510 |
| ANDRES E SOLIVAN<br>URB RIVER PLANTANTION<br>CALLE TALLABOA #33<br>CANOVANAS PR 00729 | DAYSDE M ESTREMERA<br>URB RIVER PLANTANTION<br>CALLE TALLABOA #33<br>CANOVANAS PR 00729 | SEARS<br>CARD SERVICE CENTER<br>PO BOX 183081<br>COLUMBUS OH 43218-3081 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | FIRST BANK<br>PO BOX 19327<br>SAN JUAN PR 00190-1427 | TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 |
| BANCO SANTANDER DE PR<br>AVE JESUS T PINERO 1421-1423<br>SAN JUAN PR 00921 | GRAND NEW OFFICE INDUSTRIES INC<br>DBA GNOI LOGISTICS<br>PO BOX 3060<br>CAROLINA PR 00983 | WORLD FINANCIAL NETWORK NATIONAL BANK<br>VICTORIAS SECRET<br>PO BOX 16273<br>COLUMBUS OH 43218 |
| BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON DE 19886-5019 | GRAND NEW OFFICE INDUSTRY INC<br>URB RIVER PLANTANTION<br>CALLE TALLABOA #33<br>CANOVANAS PR 00729 | |
| CARLOS FELIPE GONZALEZ RODRIGUEZ<br>MARALUZ ANTONIA ALVAREZ TORRES<br>CALLE 15 G23 FAIRVIEW<br>SAN JUAN PR 00926 | ISLAND FINANCE<br>PO BOX 71504<br>SAN JUAN PR 00936 | |
| CHASE<br>CARDMEMBER SERVICE<br>PO BOX 15548<br>WILMINGTON DE 19886-5548 | JC PENNEY<br>PO BOX 960090<br>ORLANDO FL 32896-0090 | |
| CITI USA<br>701 EAST 60 STREET NORTH<br>SIOUX FALLS SD 57104 | LEADING EDGE RECOVERY SOLUTIONS LLC<br>5440 N CUMBERLAND AVE STE 300<br>CHICAGO IL 60656-1490 | |
| CLARO<br>METRO OFFICE PARK PISO 2<br>GUAYNABO PR 00966 | LVNV FUNDING LLC<br>PO BOX 147455 (135)<br>JACKSONVILLE FL 32247 | |